174-23882

RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq.
Keith A. Brady, Esq.
292 Madison Avenue
New York, New York 10017
(212) 953-2381
Our File No.:174-23882

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____x
EILEEN CASEY,

                                                  Civil Action No.: 12-cv-2373 (JAP) (TJB)

        Plaintiff,

  vs.                                      **DECLARATION OF**
                                            **KEITH A. BRADY**

CHRISTOPHER J. GRACE, ESQ., and
JOHN/JANE DOE(S) 1-5 (John/Jane Doe(s)
1-5, (fictitious defendants),

        Defendants,

_____x

      Keith A. Brady, declares that:

      1.     I am associated with the firm Rubin, Fiorella & Friedman LLP, attorneys for defendant Christopher J. Grace.

      2.     On April 30, 2012, I filed an Answer to Complaint with Cross-claims electronically with the court in the above-referenced action.

      3.     The pleading is not subject to a confidentially order and was inadvertently marked so in error.

      4.     The undersigned apologizes for the mistake and any inconvenience this has caused the Court or counsel.

I declare under penalty of perjury the above that the foregoing statements are true.

Executed on: May 1, 2012
        New York, New York

                                                                       /s/Keith A. Brady
                                                                          Keith A. Brady