174-23882

RUBIN, FIORELLA & FRIEDMAN, LLP
James E. Mercante, Esq.
Keith A. Brady, Esq.
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
*Attorneys for Defendant*
*Christopher J. Grace, Esq.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------x

EILEEN CASEY,

Plaintiff,

-v-

CHRISTOPHER J. GRACE, ESQ., JOHN/JANE DOE(S) 1-5, (fictitious defendants),

Defendants.

-----------------------------------------------------x

Civil Action No.: 3:12-2373 (JAP) (TJB)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the opposing parties that plaintiff's motion to remand returnable May 21, 2012 is **WITHDRAWN** and that this action is **REMANDED** to the Superior Court of New Jersey, Monmouth County.

Dated: May 16, 2012
Eatontown, NJ

**Hobbie, Corrigan & Bertucio, P.C.**
*Attorneys for Plaintiff*
*Eileen Casey*

By: ______________________
Jacqueline DeCarlo, Esq.
125 Wyckoff Road
Eatontown, New Jersey 07724
Telephone: (732) 380-1515
E-mail: jdecarlo@hcblawyers.com

**Rubin, Fiorella & Friedman LLP**
*Attorneys for Defendant*
*Christopher J. Grace*

By: /s/ Keith A. Brady
Keith A. Brady, Esq.
292 Madison Avenue
New York, New York 10017
Telephone: (212) 953-2381
Kbrady@rubinfiorella.com

**SO ORDERED**:

______________________
U.S.D.J.

Dated: May , 2012