174-23882

RUBIN, FIORELLA & FRIEDMAN, LLP
James E. Mercante, Esq.
Keith A. Brady, Esq.
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
*Attorneys for Defendant*
*Christopher J. Grace, Esq.*

RECEIVED

MAY 21 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------x
EILEEN CASEY,

           Plaintiff,

-v-

CHRISTOPHER J. GRACE, ESQ.,
JOHN/JANE DOE(S) 1-5, (fictitious
defendants),

           Defendants.
-------------------------------------------------------x

Civil Action No.: 3:12-2373 (JAP) (TJB)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the opposing parties that plaintiff's motion to remand returnable May 21, 2012 is **WITHDRAWN** and that this action is **REMANDED** to the Superior Court of New Jersey, Monmouth County.

Dated: May 16, 2012
       Eatontown, NJ

1

| **Hobbie, Corrigan & Bertucio, P.C.** | **Rubin, Fiorella & Friedman LLP** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Eileen Casey* | *Christopher J. Grace* |
| By: [signature] | By: /s/ Keith A. Brady |
| Jacqueline DeCarlo, Esq. | Keith A. Brady, Esq. |
| 125 Wyckoff Road | 292 Madison Avenue |
| Eatontown, New Jersey 07724 | New York, New York 10017 |
| Telephone: (732) 380-1515 | Telephone: (212) 953-2381 |
| E-mail: jdecarlo@hcblawyers.com | Kbrady@rubinfiorella.com |

SO ORDERED:

_____
U.S.D.J.

Dated: May 2/2012