# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK

*Clarkson S. Fisher U.S. Courthouse*
*402 East State Street Room 2020*
*Trenton, New Jersey 08608*

**CAMDEN OFFICE**
*Mitchell H. Cohen U.S. Courthouse*
*One John F. Gerry Plaza*
*Fourth & Cooper Streets Room 1050*
*Camden, N.J. 08101*

**NEWARK OFFICE**
*Martin Luther King Jr. Federal Bldg &*
*U.S. Courthouse*
*50 Walnut Street, P.O. BOX 419*



Reply To: **TRENTON**

May 21, 2012

Deputy Clerk of the Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728

Re:   Casey v. Grace et al
      Civil Action No. 12-2373 (JAP)

Dear Clerk of the Court:

Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court, along with a certified copy of the docket sheet.

Very truly yours,
WILLIAM T. WALSH, CLERK

  s/ Gina Hernandez-Buckley
By: Gina Hernandez-Buckley
    Deputy Clerk

encl.
cc:   File
      All Counsel